1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

10 | **KENNETH LEUELU,**

               **Case No.: 1:24-cv-00031-BAM (PC)**

11 |         **Plaintiff,**

               **ORDER GRANTING PLAINTIFF'S**
12 |       **v.**                **MOTION TO CORRECT SPELLING OF**
                              **DEFENDANT'S NAME**

13 | **PAUL,** *et al.,*               **(ECF No. 8)**

14 |         **Defendants.**     **ORDER TO RECAPTION CASE AND**
                              **CORRECT SPELLING OF**
15 |                                **DEFENDANT'S NAME**
16

17       On January 19, 2024, Plaintiff Kenneth Leuelu filed a motion to correct the spelling of

18 Defendant Paul Steven's name, stating that the correct name should be "Steven Paul" with the first

19 name Steven and last name Paul.  (ECF No. 8.)

20       Accordingly, Plaintiff's motion, (ECF No. 8), is HEREBY GRANTED.  Accordingly, the

21 caption for this case shall be as reflected above and the Clerk of the Court is directed to correct

22 Defendant Paul's name on the docket.  Plaintiff's complaint will be screened in due course.

23

24 IT IS SO ORDERED.

25   Dated:   **January 22, 2024**         /s/ *Barbara A. McAuliffe*

26                                 UNITED STATES MAGISTRATE JUDGE

27
28