1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH LEUELU,                            Case No.  1:24-cv-00031-KES-BAM (PC)

12                    Plaintiff,                 ORDER DENYING RENEWED MOTION TO
                                                 APPOINT COUNSEL
13          v.
                                                 (ECF No. 17)
14    PAUL, *et al.*,

15                    Defendants.

16

17          Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently pending are the

19    Court's May 16, 2024 findings and recommendations that this action proceed on Plaintiff's

20    complaint against Defendant Steven Paul for deliberate indifference to medical care in violation

21    of the Eighth Amendment for Defendant's post-surgery care, and that all other claims and

22    defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be

23    granted.  (ECF No. 16.)

24          On May 13, 2024, Plaintiff filed a motion to appoint counsel, which was denied on May

25    15, 2024.  (ECF Nos. 13, 14.)  On May 21, 2024, Plaintiff re-filed the same motion to appoint

26    counsel, renewing his request together with a note that he was told by another inmate that the

27    Sixth Amendment provides his right for counsel.  (ECF No. 17.)

28    ///

                                                    1

1    Plaintiff is informed that the right to counsel provided by the Sixth Amendment of the

2  United States Constitution is limited to criminal actions.  As this case is a civil action, the Sixth

3  Amendment right to counsel does not apply.  Plaintiff's renewed request for appointment of

4  counsel is therefore denied for the reasons explained in the Court's May 15, 2024 order.  (ECF

5  No. 14.)

6    Accordingly, Plaintiff's renewed motion to appoint counsel, (ECF No. 17), is HEREBY

7  DENIED, without prejudice.

8
   IT IS SO ORDERED.
9

10   Dated:   **May 23, 2024**                    /s/ *Barbara A. McAuliffe*           _

11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28