# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEUELU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00031-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS MOTION FOR CASE STATUS UPDATE<br>(ECF No. 24)<br><br>ORDER GRANTING MOTION FOR CASE STATUS UPDATE<br>(ECF No. 24) |

Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 26, 2024, the Court screened the complaint and found that Plaintiff stated a cognizable claim against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care, but failed to state any other cognizable claims for relief against any other defendant. (ECF No. 11.) Plaintiff filed a notice that he was agreeable to proceeding only on the cognizable claim against Defendant Paul identified by the Court, and the undersigned issued findings and recommendations that this action proceed on that claim only. (ECF Nos. 12, 16.) Those findings and recommendations remain pending before the assigned District Judge.

Currently before the Court is Plaintiff's notice of change of address, filed November 4, 2024. (ECF No. 24.) Plaintiff filed three previous notices of change of address for the same

address. (ECF Nos. 21–23.) In each notice, Plaintiff requests that the Court let him know that the change of address was received. (ECF Nos. 21–24.) In the most recent notice, Plaintiff also inquires whether the Court will serve the Defendant in this case. (ECF No. 24.) The Court construes the filing as a motion for case status update. The motion is deemed submitted. Local Rule 230(l).

Plaintiff is informed that the Court has received each of his notices of change of address. In addition, service of this action on any remaining defendant(s) will occur after the pending findings and recommendations are addressed by the District Judge. Plaintiff does not need to take any action to serve any defendant in this action unless he is ordered to do so by the Court.

Plaintiff is advised that due to the large number of civil actions pending before the Court, the Court is unable to respond in writing to individual inquiries regarding the status of a case. The Court is responding to Plaintiff's current inquiry as a one-time courtesy. As long as Plaintiff updates the Court with his current address, he will receive all orders which might affect the status of his case. If Plaintiff wishes to receive confirmation that the Court has received a notice or motion, he must file an extra copy of the notice or motion, together with a self-addressed, stamped envelope that includes the correct postage.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice of change of address, (ECF No. 24), is construed as a motion for case status update; and
2. Plaintiff's motion for case status update, (ECF No. 24), is GRANTED as discussed above.

IT IS SO ORDERED.

Dated: **November 8, 2024**         /s/ *Barbara A. McAuliffe*         
                                     UNITED STATES MAGISTRATE JUDGE