UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEUELU,<br><br>                    Plaintiff,<br><br>     v.<br><br>PAUL, *et al.*,<br><br>                    Defendants. | No.  1:24-cv-00031-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 16 |

Plaintiff Kenneth Leuelu is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 26, 2024, the assigned magistrate judge screened the complaint and found Plaintiff stated a cognizable claim against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Plaintiff's post-surgery care but failed to state any other cognizable claims for relief against any other defendant. Doc. 11.  The Court ordered Plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court.  *Id.*  On May 13, 2024, Plaintiff filed a notice that he did not wish to file an amended complaint and was willing to proceed on only the cognizable claim against Defendant Paul.  Doc. 12.  He also provided his current address.  *Id*.

Accordingly, on May 16, 2024, the magistrate judge issued findings and recommendations

1

1  that this action proceed on Plaintiff's complaint against Defendant Steven Paul for deliberate

2  indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery

3  care. Doc. 16. The magistrate judge further recommended that all other claims and defendants be

4  dismissed based on Plaintiff's failure to state claims upon which relief may be granted. *Id.* The

5  findings and recommendations were served on Plaintiff and contained notice that any objections

6  were to be filed within fourteen (14) days after service. *Id.* Plaintiff subsequently filed a motion

7  to appoint counsel on May 21, 2024, which the Court denied. *See* docket. Plaintiff did not file

8  any objections to the findings and recommendations and the deadline to do so has passed. *Id.*

9  In accordance with the provisions of 28 U.S.C. § 636(b)(1) and Local Rule 302, this Court

10 has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds

11 the findings and recommendations to be supported by the record and by proper analysis.

12 Accordingly, IT IS ORDERED as follows:

13 1. The findings and recommendations issued on May 16, 2024, (Doc. 16), are ADOPTED IN FULL;

15 2. This action shall proceed on Plaintiff's complaint, filed January 8, 2024, (Doc. 1), against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Plaintiff's post-surgery care;

18 3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and

20 4. This action is referred back to the assigned magistrate judge for proceedings consistent with this order.

24 IT IS SO ORDERED.

25 Dated:   November 25, 2024

UNITED STATES DISTRICT JUDGE

2