# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEUELU,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00031-KES-BAM (PC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE CDCR NOTICE OF E-SERVICE WAIVER<br><br>(ECF No. 29)<br><br>**CDCR Notice of E-Service Waiver Due: January 27, 2025** |

  Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Steven Paul ("Defendant") for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care.

  On December 2, 2024, the Court ordered electronic service on Defendant and directed the California Department of Corrections and Rehabilitation ("CDCR") to file, within forty days, a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 27.) The CDCR Notice of E-Service Waiver was due on or before January 13, 2025. (*Id.*)

  On January 10, 2025, CDCR filed a request for a 14-day extension of time to file the CDCR Notice of E-Service Waiver, due to pending authorization of all defendants covered by the E-Service order. (ECF No. 29.)

Having considered the request, the Court finds that there is good cause to grant the requested extension of time. The Court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, the request for an extension of time, (ECF No. 29), is HEREBY GRANTED. CDCR shall file the Notice of E-Service Waiver for Defendant Paul on or before **January 27, 2025**.

IT IS SO ORDERED.

Dated: **January 13, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE