# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEUELU,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00031-KES-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT PAUL TO REIMBURSE UNITED STATES MARSHAL FOR COSTS INCURRED IN EFFECTING PERSONAL SERVICE<br><br>(ECF Nos. 32, 38)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Steven Paul ("Defendant") for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care.

On December 2, 2024, the Court directed E-Service on Defendant. (ECF No. 27.) The Marshal was directed to attempt to secure a waiver of service before attempting personal service on a defendant. If a waiver of service was not returned by a defendant within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

On January 17, 2025, following an extension of time, the Court received information that Defendant could not be electronically served. (ECF No. 31.) On February 5, 2025, the United

1  States Marshal filed a return of service USM-285 form showing charges of $232.80 for effecting
2  personal service on Defendant. (ECF No. 32.) The form shows that on January 24, 2025, this
3  matter was forwarded to the Central District of California ("C/CA") for personal service, and on
4  February 4, 2025, process was personally served. (*Id.*) Defendant filed an answer on February
5  25, 2025. (ECF No. 34.)
6       As it was not clear from the USM-285 whether a waiver of service form was mailed to
7  Defendant pursuant to Federal Rule of Civil Procedure 4(d)(1) before personal service was
8  attempted, the Court provided Defendant with the opportunity to show good cause for failing to
9  waive service. (ECF No. 38.) Defendant was directed to show good cause in writing for failing
10 to waive service or to reimburse the $232.80 in costs incurred in effecting personal service by
11 sending payment to the United States Marshals Service. (*Id.*) Defendant was warned that failure
12 to respond to the Court's order or the filing of a response that failed to show good cause would
13 result in the Court imposing the costs incurred in effecting service. (*Id.*) Defendant has not
14 responded to the Court's order, and the March 28, 2025 deadline to do so has expired.
15      Accordingly, it is HEREBY ORDERED as follows:
16 1. Defendant Paul shall reimburse the United States Marshals Service **$232.80** within **thirty**
17    **(30) days** from the date of service of this order;
18 2. Payment shall be sent to the United States Marshals Service at 501 I Street, Suite 5600,
19    Sacramento, CA 95814, with the case number for this action clearly indicated; and
20 3. The Clerk's Office shall serve a copy of this order on the Sacramento Division of the
21    United States Marshals Service.

IT IS SO ORDERED.

Dated: **April 11, 2025**     /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE