# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEUELU, | Case No. 1:24-cv-00031-KES-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |
| v. | |
| PAUL, *et al.*, | (ECF No. 69) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care.

Currently before the Court is Plaintiff's motion for an early settlement conference, filed February 20, 2026. (ECF No. 69.) As to Plaintiff's request, Plaintiff is advised that the Court generally will not grant motions to set a settlement conference without confirmation that all parties feel that a settlement conference would be a beneficial use of resources of the parties and the Court. Therefore, the Court finds it appropriate to obtain a brief response from Defendant regarding Plaintiff's request for an early settlement conference, indicating whether Defendant is also willing to participate in a judicially-mediated settlement conference in this matter. Defendant need not respond to any factual allegation and legal argument included in Plaintiff's

1

request.  The parties are further reminded that they are free to communicate regarding a possible settlement, without judicial involvement.

Accordingly, Defendant is HEREBY ORDERED to file a brief written response to Plaintiff's motion for an early settlement conference, (ECF No. 69), within **twenty-one (21) days** from the date of service of this order, indicating whether Defendant is willing to participate in a judicially-mediated settlement conference in this matter.

IT IS SO ORDERED.

Dated:   **February 23, 2026**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE