# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNETH LEUELU,

        Plaintiff,

    v.

PAUL, *et al.*,

        Defendants.

Case No.  1:24-cv-00031-KES-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE

(ECF No. 69)

Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care.

On February 20, 2026, Plaintiff filed a motion for an early settlement conference.  (ECF No. 69.)  The Court directed Defendant to file a brief written response indicating whether Defendant is also willing to participate in a judicially mediated settlement conference in this matter.  (ECF No. 70.)  Defendant filed a response on March 16, 2026, stating he declines to participate in a judicially mediated settlement conference at this time, as he does not feel it would be a beneficial use of Court resources.  (ECF No. 71.)

Without a clear indication from all parties to the action that they are willing to discuss settlement, the Court does not find that it would be an efficient use of judicial resources to set this

1

case for a settlement conference at this time.  The parties are reminded that they are free to settle this matter without judicial involvement at any time by communicating among themselves.  If in the future the parties jointly decide that this action would benefit from a Court-facilitated settlement conference, or if they are able to reach an independent settlement agreement, they may so inform the Court.

Accordingly, Plaintiff's motion for an early settlement conference, (ECF No. 69), is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:    __**March 16, 2026**__                    ___/s/ *Barbara A. McAuliffe*___
                                                          UNITED STATES MAGISTRATE JUDGE