# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNETH LEUELU,

          Plaintiff,

   v.

PAUL, *et al.*,

          Defendants.

Case No.  1:24-cv-00031-KES-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION TO SUBPOENA NON-PARTIES TO TESTIFY AT SUMMARY JUDGMENT HEARING

(ECF No. 77)

Plaintiff Kenneth Leuelu ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Steven Paul for deliberate indifference to medical care in violation of the Eighth Amendment for Defendant's post-surgery care.

Pursuant to the Court's February 26, 2025 discovery and scheduling order, the deadline for completion of all discovery, including filing all motions to compel discovery, was October 26, 2025.  (ECF No. 35.)

On April 2, 2026, Defendant Paul filed a motion for summary judgment and noticed the motion for hearing on June 8, 2026.  (ECF No. 75.)  On April 7, 2026, the Court issued a Second Informational Order, which included a notice and warning of the requirements for opposing Defendant Paul's summary judgment motion.  (ECF No. 76.)  The Court directed Plaintiff to file an opposition to Defendant Paul's motion for summary judgment within 21 days and vacated the

1

motion hearing date of June 8, 2026.  (*Id.*)

Currently before the Court is Plaintiff's motion for witness subpoenas, filed April 14, 2026.  (ECF No. 77.)  Defendant Paul did not respond.  The motion is deemed submitted.  Local Rule 230(l).

By the motion, Plaintiff requests the Court subpoena the following witnesses to testify at summary judgment to prove his civil suit:  Dr. Elena Norriss, Dr. Ramjit Gill, Christine Lebo (RDA), Dr. Theodore Ng, Dr. Ramadan, Luz Zepeda (psych tech), Sergeant Anderson, and Teriba Camp.  (ECF No. 77 at 1-3.)  However, to the extent Plaintiff seeks additional discovery, whether in the form of testimony, documents, or both, the discovery deadline in this action expired on October 26, 2025.  (ECF No. 35.)  Plaintiff has not requested an extension of that deadline, and the Court finds no justification for such an extension.  As such, Plaintiff's request for subpoenas, if for the purpose of conducting additional discovery, is untimely.

To the extent Plaintiff is requesting subpoenas for the purpose of calling witnesses to appear and testify at the summary judgment hearing, Plaintiff is reminded that the motion hearing has been vacated.  Furthermore, Plaintiff is advised that as trial is not yet scheduled in this action, any request for subpoenas, for the purpose of calling witnesses at trial, is premature.

Accordingly, Plaintiff's motion to subpoena non-parties to testify at summary judgment hearing, (ECF No. 77), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 25, 2026**                         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE